```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,                   :
                                             :     15-CR-537 (VEC)
               -against-                     :     22-CV-6465 (VEC)
                                             :
RASHAD CONYERS,                              :     ORDER
                                             :
                       Defendant.            :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 29, 2022, Mr. Conyers filed a petition for a writ of *habeas corpus* filed pursuant to 18 U.S.C. § 2255, Dkt. 1726;

IT IS HEREBY ORDERED that the Government's deadline to respond is **October 3, 2022**. Mr. Conyers' reply will be due no later than **November 7, 2022**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Rashad Conyers, Reg. No. 72219-054, FCI Jesup, 2680 Highway 301 South, Jesup, GA, 31599, and to note the mailing on the docket.

**SO ORDERED.**

Date: **August 2, 2022**
      **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**