USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/06/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

-against-

RASHAD CONYERS,

                                      Defendant.

------------------------------------------------------------ X

15-CR-537 (VEC)

22-CV-6465 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 29, 2022, Mr. Conyers moved to vacate his sentence pursuant to 18 U.S.C. § 2255, Dkt. 1726;

WHEREAS on September 28, 2022, the Court adjourned the Government's deadline to response to the Motion to October 17, 2022, and adjourned Mr. Conyers's deadline to reply to November 21, 2022, *see* Dkt. 1740;

WHEREAS on October 17, 2022, the Government opposed Mr. Conyers's Motion, Dkt. 1751, and;

WHEREAS Mr. Conyers has not filed a reply to the Government's opposition.

IT IS HEREBY ORDERED that Mr. Conyers's reply deadline is extended to **January 31, 2023**. If Mr. Conyers does not file his reply by the new deadline, the Court will deem the Motion fully briefed.

The Clerk of Court is respectfully directed to mail a copy of this Order to Rashad Conyers, Reg. No. 72219-054, FCI Jesup, 2680 Highway 301 South, Jesup, GA, 31599, and to note the mailing on both dockets (15-cr-537 and 22-cv-6465).

**SO ORDERED.**

**Date: December 6, 2022**
**New York, New York**

                                                                                     **VALERIE CAPRONI**
                                                                                     **United States District Judge**